No. —, original. EX PARTE: IN THE MATTER OF FAIRBANKS, MORSE & CO. AND SHEFFIELD CAR COMPANY. June 6, 1927. The motion for leave to file petition for a writ of mandamus is denied. *Messrs. Fred L. Chappell* and *Dwight B. Cheever* for petitioners.

---

No. 884. H. E. TAYLOR *v.* L. F. DEHART, J. C. VAUGHAN, AND M. C. WILCOX. Error to the District Court of the United States for the Western District of Missouri. Motion to dismiss submitted May 31, 1927. Decided June 6, 1927. *Per Curiam.* Dismissed for want of jurisdiction under the Act of February 13, 1925, 43 Stat. 936. *Solicitor General Mitchell* for defendants in error, in support of the motion. *Messrs. I. N. Watson* and *R. E. Watson* for plaintiff in error, in opposition thereto.

---

No. 1096. STATE OF WASHINGTON EX REL. McPHERSON BROS. COMPANY *v.* SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR DOUGLAS COUNTY, AND OKANOGAN-DOUGLAS INTER-COUNTY BRIDGE COMPANY; and

No. 1097. STATE OF WASHINGTON EX REL. McPHERSON BROS. COMPANY *v.* SUPERIOR COURT OF THE STATE OF WASHINGTON IN AND FOR OKANOGAN COUNTY AND C. H. NEAL, JUDGE, ET AL. Error to the Supreme Court of the State of Washington. Motion to dismiss submitted May 16, 1927. Decided June 6, 1927. *Per Curiam.* Dismissed on the authority of *Grays Harbor Logging Co.* v. *Coats-Fordney Logging Co.,* 243 U. S. 251. *Messrs. John P. Hartman* and *Charles S. Thomas* for defendants in error, in support of the motion. *Mr. Frederic D. McKenney* for plaintiff in error, in opposition thereto.